JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY HART, | ) | Case No. EDCV 06-1429 AN |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed and remanded for further proceedings consistent with the Order.

DATED: May 28, 2008         /s/  ARTHUR NAKAZATO
                            ARTHUR NAKAZATO
                            UNITED STATES MAGISTRATE JUDGE